William J. Smith, administrator of the estate of Melvin D. Haynes, deceased, appellant, v. J. Ernest Brook and Bank of Antioch, appellees. Gen. No. 7,010.

Petition in county court by an administrator to recover a bank deposit claimed to be the property of deceased at the time of his death. Defendants discharged in circuit court from a citation ordering defendants to turn the certificate of deposit over to the administrator. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the October term, 1921. Affirmed in part, reversed in part and remanded with directions. Opinion filed February 23, 1922.

Heydecker & Heydecker, for appellant; C. T. Heydecker, of counsel. Eugene M. Runyard, for appellees.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

J. M. Allen, appellee, v. B. A. Zechlin, appellant. Gen. No. 7,021.

Action upon a promissory note. Judgment for plaintiff upon a directed verdict in a second trial after judgments for plaintiff in smaller amounts in justice's court and circuit court. Appeal from the County Court of Will county; the Hon. George J. Cowing, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed February 23, 1922.

Albert H. Krusemark, for appellant. Fred W. Walter, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

Josephine Pride, appellee, v. Letitia A. Westgate, appellant. Gen. No. 7,037.

Final report of the conservator of the estate and person of appellee upon termination of the conservatorship and restoration of the ward to full control of her property. Certain items disallowed and appellant ordered to pay over the balance due. Appeal from the Circuit Court of Kane county; the Hon. Adam C. Cliffe, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed February 23, 1922.

J. C. Murphy, for appellant. John M. Raymond and John K. Newhall, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.